JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

KAREN WEBB (CSB NO. 233370)
kwebb@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, California  94041
Telephone: (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWITTER, INC., a Delaware Corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>TWITTAD, LLC, an Iowa limited liability company,<br><br>             Defendant. | CASE NO. No. 3: 2011 cv 04480<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have the assigned United States Magistrate Judge, Magistrate Judge Elizabeth D. Laporte, conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

| | | |
|---|---|---|
| 1 | Dated: October 3, 2011 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By:  */s/ Jedediah Wakefield* |
| 4 | | Jedediah Wakefield |
| 5 | | Attorneys for Plaintiff<br>TWITTER, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CONSENT TO PROCEED BEFORE
A U.S. MAGISTRATE JUDGE

2

CASE NO. 3:2011 CV 04480